# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 3. Petition for Review of Order of a Federal Agency, Board, Commission, or Officer

Name of Federal Agency, Board, Commission, or Officer:

| United States Drug Enforcement Administration |

Date of judgment or order you are challenging: 09/23/2022

Fee paid for petition?  ⦿ Yes   ○ No

**List all Petitioners** *(List each party filing the petition. Do not use "et al." or other abbreviations.)*

Dr. Sunil Aggarwal
AIMS Institute, PLLC

For immigration cases:

| | | |
|---|---|---|
| Alien Number(s): | | |
| Is petitioner(s) detained? | ○ Yes | ○ No |
| Has petitioner(s) moved the BIA to reopen? | ○ Yes | ○ No |
| Has petitioner(s) applied to the district director for an adjustment of status? | ○ Yes | ○ No |

Have you filed a previous petition for review from this agency? ⦿ Yes  ○ No

If Yes, what is the prior 9th Circuit case number? 22-1568; 22-70153

Your mailing address:

Shane Pennington

Vicente Sederberg LLP 1115 Broadway Suite 1218

City: New York    State: NY    Zip Code: 10010

Prisoner Inmate or A Number (if applicable):

**Signature** Shane Pennington    **Date** Oct 20, 2022

*Complete and file with the attached representation statement and the order being challenged. See, e.g., Circuit Rule 15-4.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

## Representation Statement for Petition for Review

**Petitioner(s)** *(List **each** party filing the petition, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Dr. Sunil Aggarwal
AIMS Institute, PLLC

Name(s) of counsel (if any):

Shane Pennington

Address: Vicente Sederberg LLP 1115 Broadway Suite 1218 New York, NY 1001

Telephone number(s): 917.338.5455

Email(s): s.pennington@vicentesederberg.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Respondent(s)** *(List only the names of parties and counsel (if known) who will oppose you in the petition. List separately represented parties separately.)*

Name(s) of party/parties:

U.S. Drug Enforcement Administration; Anne Milgram in her official capacity as DEA Administrator; Merrick B. Garland in his official capacity as Attorney General

Name(s) of counsel (if any known):

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, attach additional pages as necessary.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 3**                                  *2*                              *Rev. 12/01/2018*

## Additional Counsel for Petitioners

Matthew C. Zorn
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, TX 77002
Phone: 713.632.8000
Fax: 713.632.8002
mzorn@yettercoleman.com

Kathryn L. Tucker
Director of Advocacy
National Psychedelics Association
453 Manor Place Suite 2
Washington, D.C. 20010
Phone: 206-595-0097
kathryn@yournpa.org

James F. Williams
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000
jwilliams@perkinscoie.com

Thomas J. Tobin
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000
ttobin@perkinscoie.com

Andrew J. Kline
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Phone: 303.291.2300
Fax: 303.291.2400
akline@perkinscoie.com

Holly Martinez
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.222
hmartinez@perkinscoie.com