

**U.S. Department of Justice**
Drug Enforcement Administration

Office of the Administrator          Springfield, VA 22152

September 23, 2022

Dr. Sunil Aggarwal
Advanced Medical Science Institute
2825 Eastlake Avenue East, #115
Seattle, WA 98102

Dear Dr. Aggarwal:

    This letter responds to your letter dated February 2, 2022, requesting that the Drug Enforcement Administration (DEA) initiate rulemaking proceedings pursuant to the Controlled Substances Act (CSA) to reclassify psilocybin from schedule I to schedule II of the CSA.

    A prerequisite to transferring a substance from schedule I to schedule II under the CSA is for the Food and Drug Administration (FDA) to determine that a substance has a currently accepted medical use in treatment in the United States. *See, e.g., Americans for Safe Access v. DEA*, 706 F.3d 438 (D.C. Cir. 2013) (describing five-part test for demonstrating that); *see also* 21 U.S.C. § 812(b)(1). To date, the FDA has not articulated any accepted medical use for psilocybin in treatment. Accordingly, the CSA requires that psilocybin remain in schedule I.

Sincerely,

*Kristi O'Malley*
Digitally signed by KRISTI O'MALLEY
Date: 2022.09.23 14:58:23 -04'00'

Kristi O'Malley
Assistant Administrator
Diversion Control Division