**No. 22-1718**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

DR. SUNIL AGGARWAL AND AIMS INSTITUTE, PLLC

*Petitioners*,

v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION

*Respondent.*

---

PETITION FOR REVIEW FILED BY DR. SUNIL AGGARWAL AND AIMS
INSTITUTE, PLLC

**BRIEF OF
VETERAN MENTAL HEALTH LEADERSHIP COALITION, INC.
AND REASON FOR HOPE, INC.
AS AMICUS CURIAE FILED WITH THE CONSENT OF ALL PARTIES
IN SUPPORT OF PETITION FOR REVIEW**

Erica W. Harris
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366

*Counsel for Amicus Curiae
Veteran Mental Health Leadership Coalition,
Inc. and Reason for Hope, Inc.*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, Veteran Mental Health Leadership Coalition, Inc. (VMHLC) and Reason for Hope, Inc. certify that neither has any parent corporation nor issues any stock. No publicly held company has 10% or greater ownership in VMHLC or Reason for Hope.

## **TABLE OF CONTENTS**

CORPORATE DISCLOSURE STATEMENT ...................................... ii

IDENTITY AND INTEREST OF AMICUS CURIAE............................1

INTRODUCTION ...................................................................3

SUMMARY OF ARGUMENT ...................................................9

ARGUMENT ......................................................................10

I.    Suicide is a national health problem. ..................................10

     A.    Suicide rates are increasing, not decreasing. ............................10

     B.    Veterans are particularly at risk. ...............................11

     C.    Suicides are more frequent among Veterans with comorbid depression and PTSD. .............................12

II.    Decreasing Veteran suicide by prioritizing medical research is a national priority......................................................14

III.    The current tools to treat PTSD, depression, and other mental health issues that lead to suicidal ideation are insufficient. ...............15

IV.    Psilocybin is a promising suicide prevention treatment....................18

     A.    FDA has granted Breakthrough Therapy Designation to multiple psilocybin therapies ....................................18

     B.    Psilocybin has demonstrated sufficient safety for use in treatment under medical supervision. .......................................19

     C.    Psilocybin has recognized medical use with severe restrictions. .................................................20

V.    Veterans are leaving the country or risking criminal prosecution to heal from wounds that resulted from serving this country. ...............................................................22

VI.    Rescheduling will facilitate medical research into the safety and efficacy of psilocybin. ...................................................26

VII.    Rescheduling facilitates critical patient access and infrastructure development through compassionate use pilot programs. ................................................................28

VIII.    Rescheduling psilocybin reduces the risk of harm to Veterans and other patients.............................................................29

CONCLUSION.....................................................................31

CERTIFICATE OF SERVICE ...................................................33

CERTIFICATE OF COMPLIANCE...............................................34

## <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Statutes**

Conn. Public Act 22-118 (2022)........................................................................20, 21

Hunt Suicide Prevention for American Veterans Act.............................................14

**Regulations**

Exec. Order No. 13,861, 84 Fed. Reg. 8,585 (Mar. 5, 2019) ...........................14, 15

**Other Authorities**

2022 VA Report ...................................................................................................11

Ahmad FB, Cisewski JA, Rossen LM, Sutton P. Provisional drug
    overdose death counts. National Center for Health Statistics. 2023,
    https://www.cdc.gov/nchs/nvss/vsrr/drug-overdose-data.htm ...........................11

Alexander, Walter. *Pharmacotherapy for Post-traumatic Stress
    Disorder In Combat Veterans Focus on Antidepressants and
    Atypical Antipsychotic Agents*, 37 PHARMACY & THERAPEUTICS 32
    at 32 (Jan. 2012)......................................................................................16, 17, 25

An Act Increasing Access to Mental Health Medication. HB 5396.
    Statement of Brigadier General Stephen N. Xenakis, M.D. (2022)
    https://www.cga.ct.gov/asp/menu/CommDocTmyBillAllComm.as
    p?bill=HB-05396&doc_year=2022 ...................................................................17

An Act Increasing Access to Mental Health Medication. HB 5396.
    Statement of Dr. Lynnette A. Averill, Ph. D. (2022)
    https://www.cga.ct.gov/asp/menu/CommDocTmyBillAllComm.as
    p?bill=HB-05396&doc_year=2022 ...................................................................17

An Act Increasing Access to Mental Health Medication. HB 5396.
    Statement of Jordan Sloshower, MD, MSc (2022)
    https://www.cga.ct.gov/asp/menu/CommDocTmyBillAllComm.as
    p?bill=HB-05396&doc_year=2022 ...................................................................17

iv

An Act Increasing Access to Mental Health Medication. HB 5396.
Statement Robert L. Koffman, MD, MPH (2022),
https://www.cga.ct.gov/asp/menu/CommDocTmyBillAllComm.as
p?bill=HB-05396&doc_year=2022 ................................................................24

Australian Gov't Dep't of Health and Aged Care Therapeutic Goods
Administration, Notice of final decisions to amend (or not amend)
the current Poisons Standard in relation to psilocybine and
MDMA, (Feb. 3, 2023),
https://www.tga.gov.au/sites/default/files/2023-02/notice-of-final-
decision-to-amend-or-not-amend-the-current-poisons-standard-
june-2022-acms-38-psilocybine-and-mdma.pdf................................................21

COMPASS Pathways receives FDA Breakthrough Therapy
designation for psilocybin therapy for treatment-resistant
depression, (Oct. 23, 2018), Compass Pathways,
https://compasspathways.com/compass-pathways-receives-fda-
breakthrough-therapy-designation-for-psilocybin-therapy-for-
treatment-resistant-depression/ .........................................................................19

Courtney Kube, *Starting Tuesday, all U.S. military veterans in
suicidal crisis will be eligible for free care at any VA or private
facility*, NBC News (Jan. 13, 2023, 7:45 AM),
https://www.nbcnews.com/health/mental-health/veterans-suicidal-
eligible-free-health-care-va-rcna65608. ...........................................................15

Davis, A. K., Averill, L. A., Sepeda, N. D., Barsuglia, J. P., &
Amoroso, *T. Psychedelic Treatment for Trauma-Related
Psychological and Cognitive Impairment Among US Special
Operations Forces Veterans*. Chronic stress (Thousand Oaks).
2020.....................................................................................................................5

Davis AK, Barrett FS, May DG, et al. *Effects of Psilocybin-Assisted
Therapy on Major Depressive Disorder: A Randomized Clinical
Trial*. JAMA Psychiatry. 2021 ........................................................................18

Dep't of Health and Human Services, Barriers to Research with
Schedule I Substances,
https://s3.documentcloud.org/documents/21091382/fr01-nida-
schedule-i-research-barriers-rtc_final-to-fc-wf-388997-_-
signed.pdf...........................................................................................................27

Drug Enforcement Administration Researcher's Manual,
https://www.deadiversion.usdoj.gov/GDP/(DEA-DC-057)(EO-DEA217)_Researchers_Manual_Final_signed.pdf ...........................................27

*FDA grants Breakthrough Therapy Designation to Usona Insitute's psilocybin program for major depressive disorder*, Business Wire
(Nov. 22, 2019 1:15 PM
EST)https://www.businesswire.com/news/home/20191122005452/
en/FDA-grants-Breakthrough-Therapy-Designation-Usona-Institutes ...............................................................................................19

*Hearing on Cannabis Policies for the New Decade. U.S. House of Representatives, Subcommittee on Health*. (Statement of Nora Volkow, M.D.) (January 15, 2020), https://nida.nih.gov/about-nida/legislative-activities/testimony-to-congress/2020/hearing-on-cannabis-policies-for-the-new-decade ................................................27

Jenna Brayton, *The Clay Hunt Act: What the President Just Signed*, WHITEHOUSE BLOG (Feb. 12, 2015, 4:20 PM),
https://obamawhitehouse.archives.gov/blog/2015/02/12/clay-hunt-act-what-president-just-signed#:~:text=The%20Clay%20Hunt%20Act%20will,services%20available%20from%20the%20VA ...............................................................14

Johnson, Mathew, et. al. *The abuse potential of medical psilocybin according to the 8 factors of the Controlled Substances Act*. NEUROPHARMACOLOGY. Volume 142 at pp. 143-66. (November 2018) ..............................................................................................20

Kang, H. K., Bullman, T. A., & Kang, D. (2019). Prevalence and risk factors for depression among US veterans: a systematic review. Journal of Psychiatric Research, 110, 36-47 .................................................12

Krediet, E., et al., *Reviewing the Potential of Psychedelics for the Treatment of PTSD*. 23 INT. J. NEUROPSCYHOPHARMACOL 6 at 385-400 (2020)......................................................................................16, 18

Letter from Reason for Hope to Chairman Takano, Ranking Member Bost, and Members of the Committee, U.S. House of Representatives Document Repository,
https://docs.house.gov/meetings/VR/VR00/20220929/115166/HHRG-117-VR00-20220929-SD013.pdf ............................................4, 28

Marty Smith, What Qualifications Must One Have to Be Hired as a
Psilocybin Guide, WILLAMETTE WEEK, (Jan. 15, 2023 , 8:15AM),
available at https://www.wweek.com/news/2023/01/15/what-
qualifications-must-one-have-to-be-hired-as-a-psilocybin-guide/ .....................30

Mason Marks, *Seeking Psychedelics? Check the Data Privacy Clause.*
WIRED (Nov. 2, 2022, 9:08 AM),
https://www.wired.com/story/colorado-psychedelics-health-
privacy-surveillance/ .........................................................................31

National Veteran Suicide Prevention Annual Report. U.S. Dep't of
Veteran Affairs, Office of Mental Health and Suicide at 9,
https://www.mentalhealth.va.gov/docs/data-sheets/2022/2022-
National-Veteran-Suicide-Prevention-Annual-Report-FINAL-
508.pdf .........................................................................................10

Nichter B, Norman S, Haller M, Pietrzak RH. Psychological burden of
PTSD, depression, and their comorbidity in the U.S. veteran
population: Suicidality, functioning, and service utilization. J
Affect Disord. 2019 Sep 1;256:633-640 ..............................................13

Oregon Psilocybin Services Section July 2022 Public Listening
Sessions Summary of Questions and Answers. Oregon Health
Authority,
https://www.oregon.gov/oha/PH/PREVENTIONWELLNESS/Doc
uments/OPS-Summary-of-Questions-and-Answers-8-11-2022.pdf ..................30

Pardo, Bryce, Beau Kilmer, Rajeev Ramchand, and Carrie M. Farmer,
Psychedelics and Veterans' Mental Health: The Evolving Legal
and Policy Landscape in the United States. Table 1 at p. 9-10.
Santa Monica, CA: RAND Corporation, 2022.
https://www.rand.org/pubs/perspectives/PEA1363-6.html ...............................30

Pompili, Maurizio, et al. "Antidepressants and Suicide Risk: A
Comprehensive Overview," *Pharmaceuticals* (Sept. 2010)...............................17

Press Release, Australian Gov't Dep't of Health and Aged Care
Therapeutic Goods Administration, Change to classification of
psilocybin and MDMA to enable prescribing by authorised
psychiatrists (Feb. 3, 2023), https://www.tga.gov.au/news/media-
releases/change-classification-psilocybin-and-mdma-enable-
prescribing-authorised-psychiatrists ................................................................21

*Psilocybin Laws: A Country-by-Country Magic Mushrooms Legal Guide*, Psilocybin, available at https://psilocybin.net/laws/ ..............................22

Psychedelic Podcast: Neil Markey-Holistic Psychedelic Retreats: Integrating Science and Spirituality, Third Wave (August 2022), https://thethirdwave.co/podcast/episode-159-neil-markey/ .................................3

Ralevski, Elizabeth, Olivera-Figueroa, Lening A. and Petrakis, Ismene. *PTSD and comorbid AUD: a review of pharmacological and alternative treatment options*, 5 SUBST. ABUSE REHABIL. 25 at 26 (2014) .......................................................................................13

Reason for Hope, https://www.reason-for-hope.org/ .......................................4, 5, 6

*Reducing Military and Veteran Suicide*. House Veteran Affairs Subcommittee on Economic Opportunity. Testimony of Christopher M. Jones, PharmD, DrPH, MPH, CAPT. June 15, 2022, https://www.cdc.gov/washington/testimony/2022/t20220615.htm...................11

*Risk factors, protective factors, and warning signs*, AMERICAN FOUNDATION FOR SUICIDE PREVENTION, available at https://afsp.org/risk-factors-protective-factors-and-warning-signs ...................13

Roscoe, Jeremy and Lozy, Olivia. *Can psilocybin be safely administered under medical supervision? A systematic review of adverse event reporting in clinical trials*. DRUG SCIENCE, POLICY AND LAW. Vol. 8:1-11 (2022) ............................................................20

Rosenberg, Jaime, *Knowing When to Switch or Augment Treatment in Patients With Major Depressive Disorder* AJMC, November 10, 2017, https://www.ajmc.com/view/knowing-when-to-switch-or-augment-treatment-in-patients-with-major-depressive-disorder .......................16

Schnurr, P. P., Chard, K. M., Ruzek, J. I., et al. Comparison of Prolonged Exposure vs Cognitive Processing Therapy for Treatment of Posttraumatic Stress Disorder Among US Veterans: A Randomized Clinical Trial. *JAMA Network Open*, *5*(1), e2136921. https://doi.org/10.1001/jamanetworkopen.2021.36921 ...................25

Shao, L.C. et al., *Psilocybin induces rapid and persistent growth of dendritic spines in frontal cortex in vivo*. NEURON, 2021. .................................18

Sher, Leo, Braquehais, Maria D. and Casas, M. *Posttraumatic stress disorder, depression and suicide in veterans*. 79 CLEV. CLIN. J. OF MED. 92 (Feb. 2012) ................................................................................12

Smith, Patrick. *Magic Mushroom Legality Around the World.* EntheoNation, available at https://entheonation.com/blog/magic-mushroom-legality/ (last visited December 19, 2022) ........................................22

Stephen Caruso, *Can magic mushrooms help fight mental illness? A bipartisan group of Pa. lawmakers think so*, Pennsylvania Capital Star, (Oct. 22, 2021, 7:21 AM), https://www.penncapital-star.com/government-politics/can-magic-mushrooms-help-fight-mental-illness-a-bipartisan-group-of-pa-lawmakers-think-so/..........................23

Suicide Data Fact Sheet for the United States. American Foundation for Suicide Prevention, https://www.datocms-assets.com/12810/1649682186-14296_afsp_2022_national_fact_sheet_update_m1_v4.pdf .............................10

*Suicide Increases in 2021 After Two Years of Decline.* Centers for Disease Control and Prevention. NATIONAL CENTER FOR HEALTH STATISTICS (Sept. 20, 2022), https://www.cdc.gov/nchs/pressroom/nchs_press_releases/2022/20220930.htm#:~:text=For%20Immediate%20Release%3A%20September%2030%2C%202022&text=Provisional%20data%20from%20CDC's%20National,decline%20in%202019%20and%202020.....................10

Susan Shapiro, *Pennsylvania lawmaker pushes for research on psychedelic drug as treatment for depression, other disorders*, WGAL8 NBC, (Jul. 19, 2022, 6:30 PM), https://www.wgal.com/article/pennsylvania-lawmaker-pushes-for-clinical-trial-on-psilocybin/40656297 ................................................23

*Symptoms of PTSD*. Anxiety and Depression Association of America, https://adaa.org/understanding-anxiety/posttraumatic-stress-disorder-ptsd/symptoms......................................................................13

Terri L. Tanielian and Lisa H. Jaycox, *Invisible Wounds of War Psychological and Cognitive Injuries, Their Consequences, and Services to Assist Recovery,* RAND CENTER FOR MILITARY HEALTH POLICY RESEARCH, (2008) at 59, https://www.rand.org/content/dam/rand/pubs/monographs/2008/R AND_MG720.pdf ........................................................................................ 12, 13

U.S. Food & Drug Administration, https://www.fda.gov/news-events/public-health-focus/expanded-access ..................................................... 20

U.S. Food & Drug Administration, https://www.fda.gov/patients/fast-track-breakthrough-therapy-accelerated-approval-priority-review/breakthrough-therapy .............................................................................. 19

Vsevolod, Roznavo and Vladimir, Carli. *Suicide among War Veterans*, 9 INT. J. ENVIRON. RES. PUBLIC HEALTH 2504 (July 19, 2012) ................................................................................................................... 13

Ziff, Shawn, et. al. *Analysis of Psilocybin-Assisted Therapy in Medicine: A Narrative Review.* 14 CUREUS 2 (February 5, 2022) ..................... 18

## IDENTITY AND INTEREST OF AMICUS CURIAE

Reason for Hope, Inc. is a non-profit policy organization working to improve mental health care and prevent suicide through research, education, and advocacy for safe, ethical, and affordable access to psychedelic medicines and assisted therapies. This mission is deeply personal for Reason for Hope ("RFH"), whose co-founders are united by the loss of loved ones to suicide.[1]

Veteran Mental Health Leadership Coalition, Inc. (the "Coalition") is a membership-based organization that shares a similar mission to RFH focused on Veterans and their family members. The Coalition's founding members include leadership from over 25 Veteran service and other mission-aligned partner organizations,[2] as well as Veteran researchers, clinicians, and providers.

---

[1] Brett Waters, co-founder and Executive Director of Reason for Hope, lost his grandfather (a Veteran) to suicide when he was young and his mother to suicide in 2018. Reason for Hope is named in memory of his mother, Sherrie Hope Waters. The organization's Chief Science Officer, Dr. Lynnette Averill, also lost her father (a U.S. Marine Corps. Veteran) to suicide when she was young.

[2] Including (amongst others) Lieutenant General Martin R. Steele, USMC (Ret), Co-Founder and Chief Executive Officer, Reason for Hope; Jesse Gould, Founder and President, Heroic Hearts Project; Adam Marr, Co-Founder, Warrior Angels Foundation; Daniel Elkins, Founder, Special Operations Association of America; Brian Losey, Board of Directors, SEAL Future Foundation; Kendric Speagle, Commander, American Legion Blue Sky Post 426; Tim Jensen, Co-Founder and President, Grunt Style Foundation; Allison Wilson, Founder and President, The Hope Project; Ryan Roberts, Research Director, The Mission Within; Juliana Mercer, Founder, Sabe Journeys; Neil Markey, CEO, Beckley Retreats; Deran Young, Founder and CEO, Black Therapists Rock; Al Yeck, Executive Director, Veterans Healing Farm; Adrian Marquez, Co-Founder, Sheepdog Program

## STATEMENT OF AUTHORSHIP AND FINANCIAL CONTRIBUTION

Under Fed. R. App. P. 29(a)(2), this brief is filed with the consent of all parties. No party's counsel authored the brief in whole or in part, no party or party's counsel contributed money that was intended to fund preparing or submitting the brief, and no person other than the Coalition and Reason for Hope, their members, or their counsel contributed money that was intended to fund preparing or submitting the brief.

---

Corporation; Patrick Mullins, Executive Director, No Fallen Heroes; Dre Popow, Executive Director, Veterans Rebuilding Life; William Tovar, Support Line Operations Manager, Fireside Project; Ron Millward, Founder, Balanced Veterans Network, David Esselman, Chief Strategy Officer, BrainFutures; Elijah Sacra, Founder and Executive Director, Warrior Wellness Solutions; Gary Hess, Founder and Executive Director, Veterans Alliance for Holistic Alternatives; Rachel Dzieran, CEO, Navy SEALs Fund; Nicholas Blackston, Veteran Peer Support Program Senior Mentor, SoundMind Project; and Dr. Zachary Skiles, Psychologist, Social Neuroscience and Psychotherapy Lab & the Sequoia Center. Additional Coalition partners include Field to Healed, Scottsdale Research Institute Foundation; Reaching Everyone in Distress Foundation; and Clusterbusters.

**INTRODUCTION**

On September 11, 2001, a student at the University of Maryland stood at the top of the steps of the university's football stadium, watching smoke emanate from the Pentagon. September 11th was a lifechanging moment for him. Like many other young men and women, feeling compelled to action, he left school early to join the military, where he rose to the rank of Captain in the US Army Special Operations 2nd Ranger Battalion.

However, during his three tours of duty (one to Iraq and two to Afghanistan), things got ugly: his comrades were getting hurt; some were killed; and in a 90-day span, three were lost to suicide. Considering some in his Ranger unit had already done 10+ tours, the collective trauma was overwhelming.

This is the story of Neil Markey,[3] who left the military after his third tour to pursue his MBA at Columbia University. As a highly ranked officer at an elite business school who received prestigious job offers, things may have looked great from an outsider's perspective. However, Neil's brotherhood was gone, the mission was gone, and he was going through a divorce. Suddenly, he found himself with severe depression and PTSD, isolated and scared of his own thoughts. Neil tried

---

[3] The Psychedelic Podcast: Neil Markey-Holistic Psychedelic Retreats: Integrating Science and Spirituality, Third Wave (August 2022), available at https://thethirdwave.co/podcast/episode-159-neil-markey/ (last visited Jan. 31, 2023). *See also* https://www.beckleyretreats.com/team-members/neil-markey/.

everything recommended to him: multiple selective serotonin reuptake inhibitors ("SSRIs"), anti-anxiety medications, and sleeping pills, but nothing worked.

So, what did work?  In Neil's words, he found healing and therapeutic benefit from: "a high dose of psilocybin," and turning to meditation.  Neil is one of many Veterans – one of perhaps thousands – who says that after trying every available intervention offered through the VA and the private sector, they were saved by psychedelic medicine and assisted therapies.  As Neil notes, "there are some incredible non-profits out there that have been getting Special Operations guys down into Mexico to do treatment."[4]  Indeed, over 1,000 Veterans have been funded to receive psychedelic treatments abroad, using psilocybin, ibogaine, and other Schedule I compounds that are outlawed in the United States.[5]

For Ethan Abend, a retired NYPD Detective, stumbling upon an academic manuscript about the dramatic healing some of these Special Forces Operators achieved through psychedelic treatment in Mexico changed the course of his life.[6] In 2016, Ethan was part of the NYPD Emergency Service Unit (the NYPD's rescue team) when a house explosion killed a battalion chief in the line of duty and knocked

---

[4] *Id.*

[5] Letter from Reason for Hope to Chairman Takano, Ranking Member Bost, and Members of the Committee, U.S. House of Representatives Document Repository, available at https://docs.house.gov/meetings/VR/VR00/20220929/115166/HHRG-117-VR00-20220929-SD013.pdf.

[6] Reason for Hope, https://www.reason-for-hope.org/ (*see* Advisors and Advocates: Ethan Abend) (last visited Feb. 7, 2023).

Ethan and his partner unconscious. Ethan was diagnosed with vestibular dysfunction with sudden onset vertigo, migraines, vision abnormalities and hearing loss. He also suffered from crippling PTSD, depression, and anxiety, and notes his family "bore the brunt of that hell."[7]

Physical, vestibular, and vision treatments as well as talk therapy and a slew of medications became Ethan's new life, but these treatments failed to provide sufficient relief. He tried everything his doctors advised, losing hope over time that he would find his way back to an acceptable state of well-being. In May of 2021, he had reached his breaking point. The side effects of the many drugs he was prescribed became unbearable, and he went off all his medications. It was at this point of desperation that he stumbled across the article describing a study about the Special Forces Veterans, and contacted one of the study's authors, Dr. Averill, co-founder and Chief Science Officer of Reason for Hope.[8]

After conducting additional research and connecting with other experts and patients who had received psychedelic-assisted therapy, Ethan decided to pursue

---

[7] Reason for Hope, https://www.reason-for-hope.org/ (*see* Advisors and Advocates: Ethan Abend) (last visited Feb. 7, 2023).

[8] Davis, A. K., Averill, L. A., Sepeda, N. D., Barsuglia, J. P., & Amoroso, T. *Psychedelic Treatment for Trauma-Related Psychological and Cognitive Impairment Among US Special Operations Forces Veterans*. CHRONIC STRESS (Thousand Oaks). 2020 Jul. 8; 4:2470547020939564. https://doi.org/10.1177/2470547020939564. PMID: 32704581; PMCID: PMC7359647.

psylocibin therapy.  However, excluded from all clinical trials in this country due to his complex presentation and unable to fly to Mexico due to his traumatic brain injury, where was Ethan – a retired NYPD detective – supposed to go for treatment? Ultimately, he was *forced to drive alone for three days across the country* to an underground psilocybin guide that a colleague recommended.

This is unconscionable.  Yet, the outcome was remarkable.  Ethan describes his experience with psilocybin as lifesaving after nothing else worked.  Following his experience, he felt joy and wonder again for the first time in 5 years.  And when Ethan returned home, his 7-year-old son, who had no idea where he had been or that he engaged in psilocybin treatment, looked up at him and said: "Daddy, you look softer."[9]

Over the subsequent months, Ethan put in substantial work to "integrate" his facilitated psilocybin experience and to make lifestyle changes to sustain the benefits of the treatment.  Ultimately, Ethan was not only still alive, but able to start *living* again: he went out with his wife, took family trips, spent time with his son at the batting cages, and had many water balloon fights.  His family was finally able to breathe a sigh of relief.

---

[9] Reason for Hope, https://www.reason-for-hope.org/ (*see* Advisors and Advocates: Ethan Abend) (last visited Feb. 7, 2023).

Neil and Ethan (like the rest of RFH and the Coalition) recognize that there is no such thing as a magic bullet or "cure all" treatment that works for everyone – no one size fits all – and psilocybin may not be safe or appropriate for certain people. But having been to too many funerals of comrades, colleagues and friends who tragically died by suicide, they hope that sharing their stories helps this treatment become safely and legally available to the thousands of Veterans, First Responders, and the millions of Americans who may not only benefit – but find sustained relief – from debilitating pain and trauma.

How many Veterans are struggling like Neil?  How many First Responders like Ethan?  How many other Americans are equally desperate for something to relieve their suffering?

Reason for Hope frequently receives heartbreaking emails from patients who describe being at the "end of their rope" after many drugs and therapies they previously attempted failed to relieve their symptoms.  Often, these patients have read stories of healing (like Neil's and Ethan's) about psilocybin and seek to legally access treatment through a licensed provider in their state.  However, due to psilocybin's Schedule I status, there is typically little that can be done to immediately help.  And unfortunately, unless the Court grants the petition for review, more briefs (such as this one) and popular media articles will continue to be written, and the number of patients eagerly seeking treatment will continue to increase, yet the ability

to help these patients-in-need (or even advance research) will remain severely handcuffed.

This case will not solve the mental health crisis, nor will it resolve the social determinants of mental health; however, this case does have great power to save and improve a significant number of human lives, with little risk to the public health or welfare. Thus, while the question presented to this Court may be purely legal, the potential impact of this Court's ruling is significantly more.

## SUMMARY OF ARGUMENT

This Court should grant Petitioners' Petition for Review because suicide is a national health problem; decreasing Veteran suicide by prioritizing medical research activities is a national priority; and psilocybin-assisted therapy is a promising suicide prevention treatment that has accepted medical use under severe restrictions. Rescheduling will significantly reduce regulatory barriers to research and compassionate use access to treatment while reducing the number of Veterans and other patients with severe mental health conditions who are forced to seek treatment abroad or from underground providers.

## ARGUMENT

### I.      Suicide is a national health problem.

#### A.      Suicide rates are increasing, not decreasing.

Overall, a reported 45,979 Americans died by suicide in 2020; there were an

estimated 1.2 million suicide attempts; and 54% of Americans had been affected by

suicide in some way, with suicide causing a devastating ripple effects on loved ones

left behind.[10] "Among all U.S. adults—including Veterans—the average number of

suicides per day rose from 81.0 per day in 2001 to 121.0 in 2020."[11]  And, according

to the Centers for Disease Control and Prevention ("CDC"), suicide rates rose again

in 2021, reversing two years of decline.[12]  Notably, drug overdose deaths (primarily

---

[10] *See* Suicide Data Fact Sheet for the United States. American Foundation for Suicide Prevention, available at https://www.datocms-assets.com/12810/1649682186-14296_afsp_2022_national_fact_sheet_update_m1_v4.pdf (last visited December 19, 2022).

[11] 2022 National Veteran Suicide Prevention Annual Report. U.S. Dep't of Veteran Affairs, Office of Mental Health and Suicide at 9, available at https://www.mentalhealth.va.gov/docs/data-sheets/2022/2022-National-Veteran-Suicide-Prevention-Annual-Report-FINAL-508.pdf (last visited December 19, 2022) (hereinafter "2022 VA Report").

[12] *See Suicide Increases in 2021 After Two Years of Decline.* Centers for Disease Control and Prevention. NATIONAL CENTER FOR HEALTH STATISTICS (Sept. 20, 2022), available at https://www.cdc.gov/nchs/pressroom/nchs_press_releases/2022/20220930.htm#:~:text=For%20Immediate%20Release%3A%20September%2030%2C%202022&text=Provisional%20data%20from%20CDC's%20National,decline%20in%202019%20and%202020. (last visited December 19, 2022) ("Provisional data from CDC's National Center for Health Statistics indicate that both the number and the rate of suicides in the United States increased 4 percent from 2020 to 2021, after two consecutive years of decline in 2019 and 2020.").

driven by synthetic opioids) sharply increased during this same period, and there is often no way to distinguish between unintentional overdose and suicide.[13] Thus, when factoring in the additional stigma around suicidality, it is highly likely that a certain percentage of opioid and other overdose deaths are mis-assigned as accidental, with the number of suicides undercounted/underreported.

**B.    Veterans are particularly at risk.**

In 2020, the rate of suicide among Veterans was *57.3% higher* than that of non-Veteran adults.[14]  "From 2001 to 2019, the rate of suicide among Veterans increased nearly 36% relative to an increase of 30% in the general population."[15]

The increase in Veteran suicide rates despite the relative calming of recent conflicts is not surprising.  In 2008, a RAND study of all available science in this area concluded that just as Vietnam and Gulf War Veterans experienced delayed onset PTSD, so too would the Veterans of the Afghanistan and Iraq wars, resulting in an "increase over time" of "the need for mental health services" and the burden

---

[13] Ahmad FB, Cisewski JA, Rossen LM, Sutton P. Provisional drug overdose death counts. National Center for Health Statistics. 2023, available at https://www.cdc.gov/nchs/nvss/vsrr/drug-overdose-data.htm (last visited Jan. 31, 2023).

[14] 2022 VA Report at 5 (emphasis added).

[15] *Reducing Military and Veteran Suicide*. House Veteran Affairs Subcommittee on Economic Opportunity. Testimony of Christopher M. Jones, PharmD, DrPH, MPH, CAPT. June 15, 2022, available at https://www.cdc.gov/washington/testimony/2022/t20220615.htm (last visited December 23, 2022).

of caring for our service men and women.[16]  The increase in Veteran suicide rates is likely only the tip of the iceberg of the phenomenon predicted by the RAND study, given the 20 years of sustained combat and only very recent withdraw from Afghanistan.

**C.    Suicides are more frequent among Veterans with comorbid depression and PTSD.**

According to a 2012 article, "[c]ombat veterans are not only more likely to have suicidal ideation, often associated with posttraumatic stress disorder (PTSD) and depression, but they are more likely to act on a suicidal plan."[17]  Approximately 70% of veterans with PTSD also meet criteria for depression;[18] and according to an article published in 2019, Veterans with comorbid major depressive disorder and

---

[16] Terri L. Tanielian and Lisa H. Jaycox, *Invisible Wounds of War Psychological and Cognitive Injuries, Their Consequences, and Services to Assist Recovery,* RAND CENTER FOR MILITARY HEALTH POLICY RESEARCH, (2008) at 59, https://www.rand.org/content/dam/rand/pubs/monographs/2008/RAND_MG720.pdf ("We hypothesize that, regardless of its cause, the need for mental health services for service members deployed to Afghanistan and Iraq will increase over time, given the prevalence of information available to date and prior experience with Vietnam.  Policymakers may therefore consider the figures presented in these studies to underestimate the burden that PTSD, depression, and TBI will have on the agencies that will be called upon to care for these servicemembers now and in the near future").

[17] Sher, Leo, Braquehais, Maria D. and Casas, M. *Posttraumatic stress disorder, depression and suicide in veterans*. 79 CLEV. CLIN. J. OF MED. 92 (Feb. 2012).

[18] Kang, H. K., Bullman, T. A., & Kang, D. (2019). Prevalence and risk factors for depression among US veterans: a systematic review. Journal of Psychiatric Research, 110, 36-47.

PTSD "were more than twice as likely as those with PTSD only to have attempted suicide."[19]

All of this scientific evidence comports with common sense. Combat Veterans witness and experience all sorts of trauma. A certain percentage of people who experience severe trauma develop PTSD.[20] The symptoms of PTSD – depression, reexperiencing, anxiety, irritability, anger, demoralization, impaired sleep, and fear – are the type of symptoms that are associated with suicide.[21]

---

[19] Nichter B, Norman S, Haller M, Pietrzak RH. Psychological burden of PTSD, depression, and their comorbidity in the U.S. veteran population: Suicidality, functioning, and service utilization. J Affect Disord. 2019 Sep 1;256:633-640. doi: 10.1016/j.jad.2019.06.072. Epub 2019 Jul 2. PMID: 31299445; *see also* Vsevolod, Roznavo and Vladimir, Carli. *Suicide among War Veterans*, 9 INT. J. ENVIRON. RES. PUBLIC HEALTH 2504 (July 19, 2012) at "Abstract" ("[s]uicides are more frequent in those who develop PTSD, depression and comorbid states due to war exposure").

[20] *See, e.g.,* Ralevski, Elizabeth, Olivera-Figueroa, Lening A. and Petrakis, Ismene. *PTSD and comorbid AUD: a review of pharmacological and alternative treatment options*, 5 SUBST. ABUSE REHABIL. 25 at 26 (2014); Tanielian, Terri L. and Jaycox, Lisa H. *Invisible Wounds of War Psychological and Cognitive Injuries, Their Consequences, and Services to Assist Recovery*, RAND CENTER FOR MILITARY HEALTH POLICY RESEARCH at 3 (2008) ("Upward of 26 percent of returning troops may have mental health conditions . . . ., and the frequency of diagnoses in this category is increasing while rates for other medical diagnoses remain constant (Hoge et al., 2004). The most common diagnoses are post-traumatic stress disorder (PTSD) . . . major depression; and generalized anxiety (National Institute of Mental Health Web site, Mental Health Topics page).").

[21] *Cf. Symptoms of PTSD*. Anxiety and Depression Association of America, https://adaa.org/understanding-anxiety/posttraumatic-stress-disorder-ptsd/symptoms (last visited Dec. 30, 2022) (listing PTSD symptoms), *with Risk factors, protective factors, and warning signs*, AMERICAN FOUNDATION FOR SUICIDE PREVENTION, available at https://afsp.org/risk-factors-protective-factors-and-warning-signs (last visited Dec. 30, 2022) (listing suicide risk factors).

**II.    Decreasing Veteran suicide by prioritizing medical research is a national priority.**

Both the legislative and executive branches have said they want to prioritize the fight against Veteran suicide.  In 2015, the House and Senate voted *unanimously* to pass the Clay Hunt Suicide Prevention for American Veterans Act.[22]  The Clay Hunt Suicide Prevention for American Veterans Act requires "annual third-party evaluations of VA's mental health care and suicide prevention programs" and "collaboration on suicide prevention efforts between VA and non-profit mental health organizations."[23]    Moreover, in March 2019, the President issued an Executive Order declaring:

> It is the policy of the United States to end veteran suicide through the development of a comprehensive plan to empower veterans and end suicide through coordinated suicide prevention efforts, *prioritized research activities*, and strengthened collaboration across the public and private sectors.[24]

---

[22] H.R. No. 203, Pub. L. No. 114-2, 129 Stat. 30 (2015). *See also* https://www.congress.gov/bill/114th-congress/house-bill/203/all-actions?overview=closed&q=%7B%22roll-call-vote%22%3A%22all%22%7D (reflecting unanimous votes of House and Senate on Clay Hunt Suicide Prevention for American Veterans Act) (last visited Aug. 7, 2019).
[23] Jenna Brayton, *The Clay Hunt Act: What the President Just Signed*, WHITEHOUSE BLOG (Feb. 12, 2015, 4:20 PM),available at https://obamawhitehouse.archives.gov/blog/2015/02/12/clay-hunt-act-what-president-just-signed#:~:text=The%20Clay%20Hunt%20Act%20will,services%20available%20from%20the%20VA.
[24] Exec. Order No. 13,861, 84 Fed. Reg. 8,585 (Mar. 5, 2019) (emphasis added).

The Executive Order directs a task force to "identify barriers to or gaps in research, and facilitate opportunities for improved consolidation, integration, and alignment."[25]

In January 2023, a critical new VA suicide prevention policy took effect under the Veterans Comprehensive Prevention, Access to Care, and Treatment (COMPACT) Act of 2020.  Under the new policy, Veterans "who find themselves in suicidal crisis will be eligible for free emergency medical care at any Department of Veterans Affairs facility or any private facility."[26]  The policy includes up to 30 days of inpatient or crisis residential care and up to 90 days of follow-on outpatient care; and Veterans need not be enrolled in the VA system to be eligible.[27]

## III.    The current tools to treat PTSD, depression, and other mental health issues that lead to suicidal ideation are insufficient.

Most Americans struggling with mental illness, including major depressive disorder and PTSD, take medications as a primary treatment.[28]  Unfortunately, the

---

[25] *Id.*

[26] Courtney Kube, *Starting Tuesday, all U.S. military veterans in suicidal crisis will be eligible for free care at any VA or private facility*, NBC NEWS (Jan. 13, 2023, 7:45 AM), available at https://www.nbcnews.com/health/mental-health/veterans-suicidal-eligible-free-health-care-va-rcna65608.

[27] Courtney Kube, *Starting Tuesday, all U.S. military veterans in suicidal crisis will be eligible for free care at any VA or private facility*, NBC NEWS (Jan. 13, 2023, 7:45 AM), available at https://www.nbcnews.com/health/mental-health/veterans-suicidal-eligible-free-health-care-va-rcna65608.

[28] For depression, medications primarily include selective serotonin reuptake inhibitors (SSRIs) and selective serotonin & norepinephrine inhibitors (SNRIs).

15

majority of patients with these conditions do not receive adequate benefit. For major depressive disorder, only about one-third of patients achieve remission on their first antidepressant (whether an SSRI or SNRI) and 67% require four trials before symptoms remit.[29] Withdrawing from these medications can also cause severe flu-like symptoms including nausea, lethargy, and irritability.[30]

For PTSD, there are only two federally approved treatments, both SSRIs.[31] Those two treatments leave *forty percent* of PTSD sufferers with *no* relief and nearly *eighty percent* with PTSD *symptoms* that decrease their quality of life and increase their risk for suicide.[32]

---

[29] Rosenberg, Jaime, *Knowing When to Switch or Augment Treatment in Patients With Major Depressive Disorder* AJMC, November 10, 2017, available at https://www.ajmc.com/view/knowing-when-to-switch-or-augment-treatment-in-patients-with-major-depressive-disorder (last visited Jan. 31, 2023).

[30] *Id. See also* https://www.insider.com/ssris-mark-horowitz-antidepressants-serotonin-chemical-imbalance-false-2022-9 (describing debilitating withdrawal symptoms 13-years after beginning SSRI medication).

[31] Alexander, Walter. *Pharmacotherapy for Post-traumatic Stress Disorder In Combat Veterans Focus on Antidepressants and Atypical Antipsychotic Agents*, 37 PHARMACY & THERAPEUTICS 32 at 32 (Jan. 2012) ("The only FDA-approved drugs for the treatment of PTSD are the selective serotonin reuptake inhibitors (SSRIs) sertraline (Zoloft, Pfizer) and paroxetine HCl (Paxil, GlaxoSmithKline)."); Krediet, E., et al., *Reviewing the Potential of Psychedelics for the Treatment of PTSD*. 23 INT. J. NEUROPSCYHOPHARMACOL 6 at 385-400 (2020) ("During the last 2 decades, only 2 medications (i.e., paroxetine and sertraline) have been approved for the treatment of PTSD, both of which have demonstrated limited.").

[32] Alexander, Walter. *Pharmacotherapy for Post-traumatic Stress Disorder In Combat Veterans Focus on Antidepressants and Atypical Antipsychotic Agents*, 37 PHARMACY & THERAPEUTICS 32 at 32 (Jan. 2012) ("Although SSRIs are associated with an overall response rate of approximately 60% in patients with PTSD, only 20% to 30% of patients achieve complete remission").

"The landscape of effective treatment is even bleaker for suicidal thoughts and behaviors."[33]  In fact, some options to treat depression may be increasing the risk of suicide in some patients.[34]  As one clinical review concluded, "[t]he possible increased suicide rate induced by the growing utilization of antidepressants remains one of the most important public health issues."[35]

What is certain is that most currently available medications for psychiatric and behavioral health conditions have "to be taken daily, often have significant side effects, and do not work well enough for many patients."[36]  There is an urgent need

---

[33] An Act Increasing Access to Mental Health Medication. HB 5396. Statement of Dr. Lynnette A. Averill, Ph. D. (2022) (hereinafter, "Averill Statement"), *available at* https://www.cga.ct.gov/asp/menu/CommDocTmyBillAllComm.asp?bill=HB-05396&doc_year=2022 (last visited December 20, 2022) (hereinafter "CT Legislative Hearing").

[34] Pompili, Maurizio, et al. "Antidepressants and Suicide Risk: A Comprehensive Overview," *Pharmaceuticals* (Sept. 2010).

[35] *Id*. at 134.

[36] An Act Increasing Access to Mental Health Medication. HB 5396. Statement of Jordan Sloshower, MD, MSc (2022) (hereinafter, "Sloshower Statement"), available at https://www.cga.ct.gov/asp/menu/CommDocTmyBillAllComm.asp?bill=HB-05396&doc_year=2022 (last visited December 20, 2022). *See also* An Act Increasing Access to Mental Health Medication. HB 5396. Statement of Brigadier General Stephen N. Xenakis, M.D. (2022) (hereinafter, "Xenakis Statement"), available at https://www.cga.ct.gov/asp/menu/CommDocTmyBillAllComm.asp?bill=HB-05396&doc_year=2022 (last visited December 20, 2022) ("Our current treatments and therapy help about half of the patients – in the best hands of experienced and dedicated practitioners.").

to investigate novel therapeutics with potential to offer relief to those individuals at risk of suicide for whom the traditional medications and therapies are ineffective.

## IV.    Psilocybin is a promising suicide prevention treatment.

### A.    FDA has granted Breakthrough Therapy Designation to multiple psilocybin therapies

Mounting evidence suggests fast-acting therapeutics like psilocybin, which rapidly promote structural and functional neural plasticity, have great potential to provide relief to those at risk of suicide.[37]   Clinical trial outcomes for psilocybin in the treatment of depression are particularly impressive.   Significantly, FDA has granted Breakthrough Therapy designations to two companies' psilocybin therapies,

---

[37] *See* Davis AK, Barrett FS, May DG, et al. *Effects of Psilocybin-Assisted Therapy on Major Depressive Disorder: A Randomized Clinical Trial*. JAMA PSYCHIATRY. 2021; 78(5): 481-89 ("Findings suggest that psilocybin with therapy is efficacious in treating MDD, thus extending the results of previous studies of this intervention in patients with cancer and depression and of a nonrandomized study in patients with treatment-resistant depression."); Krediet, E., et al., *Reviewing the Potential of Pscyhedelics for the Treatment of PTSD*. INT J NEUROPSYCHOPHARMACOL, 2020. 23 (6): p. 385-400 (reviewing the scientific evidence supporting the use of psilocybin and other psychedelics as a potential promising treatment for PTSD; Shao, L.C. et al., *Psilocybin induces rapid and persistent growth of dendritic spines in frontal cortex in vivo*. NEURON, 2021. 109(16): p. 2535-2544.e4 ("Psilocybin is a serotonergic psychedelic with untapped therapeutic potential."); Ziff, Shawn, et. al. *Analysis of Psilocybin-Assisted Therapy in Medicine: A Narrative Review.* 14 CUREUS 2 (February 5, 2022) ("Psilocybin offers a wide range of possible medical applications, according to clinical studies. Addiction medicine, depression, and end-of-life mood disorders are among the areas with the most evidence of benefit.").

one for treatment-resistant depression and another for major depressive disorder.[38] "Breakthrough Therapy designation is a process designed to expedite the development and review of drugs that are intended to treat a serious condition and *preliminary clinical evidence indicates that the drug may demonstrate substantial improvement over available therapy* on a clinically significant endpoint(s)" (emphasis added).[39]

Thus, according to the FDA, preliminary clinical evidence indicates psilocybin may be a substantial improvement over available therapies for severe and potentially life-threatening forms of depression.

**B.    Psilocybin has demonstrated sufficient safety for use in treatment under medical supervision.**

While no medication is one hundred percent safe or appropriate for everyone, a systematic review of adverse events of psilocybin administered in clinical trials suggests that psilocybin is sufficiently safe to administer with proper medical

---

[38] COMPASS Pathways receives FDA Breakthrough Therapy designation for psilocybin therapy for treatment-resistant depression, (Oct. 23, 2018), Compass Pathways, available at https://compasspathways.com/compass-pathways-receives-fda-breakthrough-therapy-designation-for-psilocybin-therapy-for-treatment-resistant-depression/ (last visited Feb. 7, 2023); *FDA grants Breakthrough Therapy Designation to Usona Insitute's psilocybin program for major depressive disorder*, Business Wire, (Nov. 22, 2019 1:15 PM EST) available at https://www.businesswire.com/news/home/20191122005452/en/FDA-grants-Breakthrough-Therapy-Designation-Usona-Institutes (last visited Feb. 7, 2023).
[39] U.S. Food & Drug Administration, https://www.fda.gov/patients/fast-track-breakthrough-therapy-accelerated-approval-priority-review/breakthrough-therapy (last visited Feb. 7, 2023).

screening and supervision.[40]   In fact, "scope of use and associated harms [of psilocybin] are low compared to prototypical abused drugs, and the medical model addresses these concerns with dose control, patient screening, preparation and follow-up, and session supervision in a medical facility."[41]

### C.    Psilocybin has recognized medical use with severe restrictions.

The FDA's expanded access program ("Expanded Access") is "a potential pathway for a patient with a serious or immediately life-threatening disease or condition to gain access to an investigational [drug] for treatment outside of clinical trials when no comparable or satisfactory alternative therapy options are available."[42] On May 7, 2022, Connecticut authorized a "pilot program to provide qualified patients with the funding necessary to receive . . .  psilocybin-assisted therapy as part of an [FDA-approved] expanded access program.".[43]   The Connecticut Mental Health Center is tasked with running the program.[44]

---

[40] Roscoe, Jeremy and Lozy, Olivia. *Can psilocybin be safely administered under medical supervision? A systematic review of adverse event reporting in clinical trials*. DRUG SCIENCE, POLICY AND LAW. Vol. 8:1-11 (2022).
[41] Johnson, Mathew, et. al. *The abuse potential of medical psilocybin according to the 8 factors of the Controlled Substances Act*. NEUROPHARMACOLOGY. Volume 142 at pp. 143-66. (November 2018).
[42] U.S. Food & Drug Administration, https://www.fda.gov/news-events/public-health-focus/expanded-access.
[43] Conn. Public Act 22-118 (2022).
[44] *Id.*

Thus, the state will support severely restricted use of psilocybin in medical treatment, with "qualified patients" eligible for funding limited to state residents who are Veterans, retired first responders, and direct health care workers.[45]  Similarly, the state of Maryland enacted the "End 22 A Day Act" on May 29, 2022, which established the Post-Traumatic Stress Disorder and Traumatic Brain Injury Alternative Therapies Fund, and authorizes "cost-free access to . . . psilocybin for veterans with post-traumatic stress disorders and traumatic brain injuries."[46]

Finally, on February 3, 2023, the Australian government announced a rescheduling of psilocybin, which will permit authorized psychiatrists to prescribe it for treatment-resistant depression.[47]  "The decision acknowledges the current lack of options for patients with specific treatment-resistant mental illnesses . . . [and] means that psilocybin . . .  can be used therapeutically in a controlled medical setting."[48]

---

[45] *Id.*

[46] Md. S.B. 709 (2022); Md. H.B. 1367 (2022).

[47] Australian Gov't Dep't of Health and Aged Care Therapeutic Goods Administration, Notice of final decisions to amend (or not amend) the current Poisons Standard in relation to psilocybine and MDMA, (Feb. 3, 2023), https://www.tga.gov.au/sites/default/files/2023-02/notice-of-final-decision-to-amend-or-not-amend-the-current-poisons-standard-june-2022-acms-38-psilocybine-and-mdma.pdf. *see also* Press Release, Australian Gov't Dep't of Health and Aged Care Therapeutic Goods Administration, Change to classification of psilocybin and MDMA to enable prescribing by authorised psychiatrists (Feb. 3, 2023), available at https://www.tga.gov.au/news/media-releases/change-classification-psilocybin-and-mdma-enable-prescribing-authorised-psychiatrists.

[48] *Id.*

**V.    Veterans are leaving the country or risking criminal prosecution to heal from wounds that resulted from serving this country.**

Veterans (amongst others) suffering from major depression, PTSD, and/or suicidal ideation, who have exhausted traditional remedies legal in the U.S., are already travelling to foreign countries for psilocybin and other psychedelic treatments where they are legal or decriminalized.[49]   Alternatively, Veterans are self-medicating or seeking underground treatment within the U.S., where they face risk of criminal prosecution by the country they served.  Because Veterans are forced to take these drastic measures, we have no way of knowing even the approximate number, nor the outcomes, of most Veterans treated or self-medicating with psilocybin and other psychedelic therapies.

However, for the many Veterans bold enough to speak out, their experiences are astonishing.  Consider the story of Ron Millward, a native of Lancaster, Pennsylvania, who enlisted in the U.S. Air Force at 17 years old. Ron served for seven years as a combat vehicle operator and an aerospace flight medic, moving over

---

[49] *Psilocybin Laws: A Country-by-Country Magic Mushrooms Legal Guide*, Psilocybin, available at https://psilocybin.net/laws/ (last visited December 19, 2022) (identifying a number of countries where use is legal); Smith, Patrick. *Magic Mushroom Legality Around the World.* EntheoNation, available at https://entheonation.com/blog/magic-mushroom-legality/ (last visited December 19, 2022) (summarizing the legal status of psilocybin and its use in a variety of foreign countries); https://www.bbc.com/news/world-us-canada-43420999; https://journals.sagepub.com/doi/full/10.1177/02698811211050543.

33 times with deployments to Iraq, Qatar, Saudi Arabia, and South Korea.[50]  He received an honorable discharge from the Air Force in 2014.[51]  However, Ron was struggling with undiagnosed PTSD and self-medicated with alcohol to cope.[52]  After seeking help from the VA, the pharmaceuticals began to pile up – mood stabilizers, benzos, anti-depressants, and more drugs to manage the side effects of the initial drugs – nine different prescriptions in total.[53]

Finally, in 2019 – terrified but at the end of his rope – Ron traveled to a psilocybin retreat, where he (like Neil Markey and Ethan Abend) had a lifesaving, transformative experience that helped shift his perspective and enabled him to view prior traumas through a renewed lens.[54]  Indeed, he "dropped his final antidepressant after discovering [psilocybin] mushrooms in 2019, and hasn't taken any of his old medication since."[55]

---

[50] Susan Shapiro, *Pennsylvania lawmaker pushes for research on psychedelic drug as treatment for depression, other disorders*, WGAL8 NBC, (Jul. 19, 2022, 6:30 PM), available at https://www.wgal.com/article/pennsylvania-lawmaker-pushes-for-clinical-trial-on-psilocybin/40656297.

[51] *Id*.

[52] *Id*.

[53] Stephen Caruso, *Can magic mushrooms help fight mental illness? A bipartisan group of Pa. lawmakers think so*, Pennsylvania Capital Star, (Oct. 22, 2021, 7:21 AM), available at https://www.penncapital-star.com/government-politics/can-magic-mushrooms-help-fight-mental-illness-a-bipartisan-group-of-pa-lawmakers-think-so/.

[54] *Id*.

[55] Stephen Caruso, *Can magic mushrooms help fight mental illness? A bipartisan group of Pa. lawmakers think so*, PENNSYLVANIA CAPITAL STAR, (Oct. 22, 2021,

The attestation of Dr. Robert Koffman, a retired Navy psychiatrist and Veteran of Desert Storm, Operation Iraqi Freedom and Operations Enduring Freedom, is similarly jaw dropping.[56]  Dr. Koffman was recognized as one of "this nation's leading experts in psychological management of combat trauma," and has worked extensively with special forces operators suffering from comorbid PTSD and traumatic brain injury at the National Intrepid Center of Excellence (NICoE) as part of an Intensive Outpatient Program.[57]  Upon hearing from a former patient he met at NICoE, who seemed to be doing remarkably better after experiencing multiple relapses in treatment, Dr. Koffman arranged a trip to a clinic in Mexico where this warrior had received psychedelic treatment abroad.  Incredibly, upon visiting the clinic, Dr. Koffman discovered that *four of the five individuals undergoing treatment there were Veterans who had been his former NICoE patients*.[58]

---

7:21 AM), https://www.penncapital-star.com/government-politics/can-magic-mushrooms-help-fight-mental-illness-a-bipartisan-group-of-pa-lawmakers-think-so/.

[56] An Act Increasing Access to Mental Health Medication. HB 5396. Statement Robert L. Koffman, MD, MPH (2022), available at https://www.cga.ct.gov/asp/menu/CommDocTmyBillAllComm.asp?bill=HB-05396&doc_year=2022 (last visited Feb. 7, 2023).

[57] *Id.*

[58] *Id.* Treatments at this clinic included use of psilocybin, ibogaine, 5-MeO-DMT, or combination therapies, depending on the patient condition.

Given that forty percent of Veterans suffering with PTSD obtain *no* relief from the only FDA-approved treatments currently available, that there is a small percentage of those patients who obtain compete relief from such treatments,[59] and that frontline PTSD talk therapies are wrought with problems including limited access to trained providers, very high attrition rates (as much as 55%), and non- or incomplete response,[60] it is no wonder that Veterans are going to such lengths to find healing.

And perhaps, based on the existing clinical research, we should not be surprised by the remarkable transformations that many Veterans have made with the help of psilocybin and other psychedelic medicines. However, while these stories are incredible, the fundamental problems with this situation remain, and they will persist unless this Court grants the petition for review.

---

[59] Walter Alexander, *Pharmacotherapy for Post-traumatic Stress Disorder In Combat Veterans Focus on Antidepressants and Atypical Antipsychotic Agents*, 37 PHARMACY & THERAPEUTICS 32 at 32 (Jan. 2012), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3278188/ ("The only FDA-approved drugs for the treatment of PTSD are the selective serotonin reuptake inhibitors (SSRIs). . . . Although SSRIs are associated with an overall response rate of approximately 60% in patients with PTSD, only 20% to 30% of patients achieve complete remission").

[60] Schnurr, P. P., Chard, K. M., Ruzek, J. I., et al. Comparison of Prolonged Exposure vs Cognitive Processing Therapy for Treatment of Posttraumatic Stress Disorder Among US Veterans: A Randomized Clinical Trial. *JAMA Network Open*, *5*(1), e2136921. https://doi.org/10.1001/jamanetworkopen.2021.36921; https://pubmed.ncbi.nlm.nih.gov/35044471/.

First, it is unconscionable that Veterans have to leave their country (at significant monetary and logistical expense) or risk criminal prosecution to obtain treatment for psychological injuries resulting from service to their country, particularly when such treatments have demonstrated acceptable safety for use under medical supervision.

Second, it is fundamentally unfair that psilocybin is legally available only to those both sufficiently well-informed and economically resourced to be able to find and pay for such treatments abroad, or who are fortunate enough to receive funding from one of the handful of small Veteran Service Organizations who are supporting their fellow servicemembers in engaging in these interventions.

Third, Veterans are seeking treatment abroad or in underground settings with psychedelic substances that are not limited to psilocybin, with even fewer randomized controlled studies to establish the appropriateness and safety of the treatment, and often at facilities that lack medical oversight, safety supports, and properly trained mental health professionals. Veterans (and all Americans) deserve treatments that are subjected to at least minimally sufficient clinical trials to make reasonably informed decisions on safety, efficacy, and appropriateness of treatment.

## VI. Rescheduling will facilitate medical research into the safety and efficacy of psilocybin.

Logically, given that Veteran suicide prevention is a national priority (as it should be), our nation is experiencing a suicide epidemic across all citizens, and two

psilocybin therapies have an FDA "Breakthrough Therapy Designation" for life-threatening forms of depression, the government should be streamlining, funding, and encouraging psilocybin research, not suppressing it with burdensome Schedule I research regulations.

Researching Schedule I drugs, compared to those in Schedules II-V, requires additional time spent on paperwork and delayed bureaucratic approvals – including an added layer of FDA review – along with increased costs to ensure regulatory compliance.[61]  As the Director of the National Institute on Drug Abuse, Dr. Nora Volkow, explained to the U.S. House of Representatives Subcommittee on Health, obtaining a "Schedule I registration involves significant administrative challenges, and researchers report that obtaining a new registration can take more than a year" and "[a]dding new substances to an existing registration can also be time consuming."[62]

---

[61] *see* Drug Enforcement Administration Researcher's Manual at 14-19 and 20 (explaining Schedule I and Schedule II-V registration requirements), https://www.deadiversion.usdoj.gov/GDP/(DEA-DC-057)(EO-DEA217)_Researchers_Manual_Final_signed.pdf *see also* Dep't of Health and Human Services, Barriers to Research with Schedule I Substances, available at https://s3.documentcloud.org/documents/21091382/fr01-nida-schedule-i-research-barriers-rtc_final-to-fc-wf-388997-_-signed.pdf ("Obtaining a Schedule I research registration is a multistep process that involves review and approval of a scientist's research protocol by multiple regulatory or review bodies, including the DEA, FDA [and] institutional review boards (for research with humans)  . . .").
[62] *Hearing on Cannabis Policies for the New Decade. U.S. House of Representatives, Subcommittee on Health*. (Statement of Nora Volkow, M.D.)

This discourages independent investigators from conducting such research and suppresses both public and private funding opportunities. Indeed, despite the incredible potential psilocybin shows for Veteran suicide prevention, no federal funding has been provided (from the VA or other federal departments or agencies) to support Veteran-focused studies exploring this form of innovative treatment.[63]

## VII. Rescheduling facilitates critical patient access and infrastructure development through compassionate use pilot programs.

Treating "compassionate use" patients under Expanded Access with an investigational Schedule I drug such as psilocybin requires the provider to go through the same Schedule I researcher registration and other Schedule I hurdles noted above. Most doctors already consider FDA's Expanded Access regulations too administratively burdensome, so removing the *additional* hurdles required by Schedule I is important to ensuring the success of state-supported programs such as Connecticut's for psilocybin-assisted therapies.

---

(January 15, 2020), available at https://nida.nih.gov/about-nida/legislative-activities/testimony-to-congress/2020/hearing-on-cannabis-policies-for-the-new-decade (last visited December 20, 2022).

[63] *See* Letter from Reason for Hope to Chairman Takano, Ranking Member Bost, and Members of the Committee, U.S. House of Representatives Document Repository, available at https://docs.house.gov/meetings/VR/VR00/20220929/115166/HHRG-117-VR00-20220929-SD013.pdf.

These programs are uniquely important for psilocybin (and other psychedelic-assisted therapies), as they not only offer critical opportunities for patient access to those with "treatment-resistant" and "complex" conditions who are ineligible for clinical trials (as is often the case with Veterans),[64] but they also offer unique opportunities for real-world training, infrastructure development, and data collection that can help inform best practices for post-FDA approval.[65]

## VIII. Rescheduling psilocybin reduces the risk of harm to Veterans and other patients.

Veterans are already using psilocybin and other psychedelic medicines, either leaving the country or engaging in underground treatment in the U.S. We know that over 1,000 Veterans have received funding to access this treatment abroad; but to be clear, these are the Veterans receiving care at the most experienced and well-vetted clinics available. Unfortunately, for the many Veterans who have self-funded

---

[64] Sloshower Statement (explaining in clinical research on patients with difficult to treat major depression that "so many of the patients who I have seen receive psilocybin therapy have told me that it was by far the most effective treatment they have ever received" but that "[o]nly a very small percentage of patients who apply for our trials are able to enroll due to stringent entry criteria and burdensome trial requirements amongst other barriers.").

[65] Xenakis Statement (without these proactive measures, "it will take many years after FDA approval to develop best practices and widely deploy better treatments – and too many folks will continue to suffer."); Averill Statement (expanded access programs can collect program evaluation data, along with rich data on individual patient characteristics and treatment outcomes, including safety, effectiveness, tolerability, and durability of effects.).

29

treatment abroad, self-medicated, or pursued underground clinics within the U.S., we have little way to assess the total number treated, outcomes, quality of treatments or providers, and overall risk/benefit.

Further, we know the number of Veterans who are likely to seek treatment is set to rapidly increase given growing cultural education and awareness, and the fast pace of local and state legal reforms, including state initiatives in Oregon and Colorado to legalize at the state level (non-medical) "supported-adult use" of psilocybin.[66] While the reduced risk for criminal charges in these states is valuable, Veterans will still be at-risk under federal law; and there are concerns about the standards for training and credentialing of "facilitators," who may have as little as 120 hours of training (along with a high school diploma) and who could be ill-prepared to encounter patients with more severe complexities and significant trauma exposures.[67]

---

[66] Pardo, Bryce, Beau Kilmer, Rajeev Ramchand, and Carrie M. Farmer, Psychedelics and Veterans' Mental Health: The Evolving Legal and Policy Landscape in the United States. Table 1 at p. 9-10. Santa Monica, CA: RAND Corporation, 2022. https://www.rand.org/pubs/perspectives/PEA1363-6.html.

[67] Oregon Psilocybin Services Section July 2022 Public Listening Sessions Summary of Questions and Answers. Oregon Health Authority, available at https://www.oregon.gov/oha/PH/PREVENTIONWELLNESS/Documents/OPS-Summary-of-Questions-and-Answers-8-11-2022.pdf ; *See also* Marty Smith, What Qualifications Must One Have to Be Hired as a Psilocybin Guide, WILLAMETTE WEEK, (Jan. 15, 2023 , 8:15AM), available at https://www.wweek.com/news/2023/01/15/what-qualifications-must-one-have-to-be-hired-as-a-psilocybin-guide/.

Given this reality, rescheduling psilocybin is not only reasonable, but a moral imperative.  Rescheduling psilocybin and allowing increased medical access will enable us to collect much better information through both well controlled studies and real-world treatment data, so patients will have the information they deserve to make informed treatment decisions.  Further, it will help ensure that Veterans and other patients who need the highest standards of care and oversight receive direct medical supervision and access to professionals with specialized training, knowledge, and experience in administering the therapy, which will help to ensure safety and efficacy.  Veterans will have greater access to treatment in the United States without violating federal law and receive established federal legal protections for patient safety, ethics, and privacy.[68]

## CONCLUSION

Suicide is an escalating national health problem, and the medications and traditional therapies available in the U.S. are insufficient to address it despite an increase in funding directed toward preventing suicide. Veterans are suffering most from our collective failure to change the status quo.  Our country should be doing everything it can as quickly as it can to find treatments to help resolve this crisis.  In this case, the request is simple and reasonable: the DEA must properly interpret the

---

[68]Mason Marks, *Seeking Psychedelics? Check the Data Privacy Clause*. WIRED (Nov. 2, 2022, 9:08 AM), available at https://www.wired.com/story/colorado-psychedelics-health-privacy-surveillance/.

CSA so as not to impose unwarranted barriers to research and access to an FDA breakthrough therapy – psilocybin – with potential to provide significant benefit to patients with life-threatening forms of depression.

This Court should grant Petitioners' Petition for Review.

Dated: February 15, 2023        Respectfully submitted,

                        SUSMAN GODFREY L.L.P.

By:    /s/ *Erica W. Harris*
        Erica W. Harris
        eharris@susmangodfrey.com
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002-5096
        Telephone:  (713) 651-9366
        Fax:  (713) 654-6666

        *COUNSEL FOR AMICUS CURIAE*
        *VETERAN MENTAL HEALTH*
        *LEADERSHIP COALITION, INC. AND*
        *REASON FOR HOPE, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 15, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: February 15, 2023 Respectfully submitted,

        SUSMAN GODFREY L.L.P.

      By: /s/ *Erica W. Harris*
        Erica W. Harris
        eharris@susmangodfrey.com
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002-5096
        Telephone: (713) 651-9366
        Fax: (713) 654-6666

        *COUNSEL FOR AMICUS CURIAE*
        *VETERAN MENTAL HEALTH*
        *LEADERSHIP COALITION, INC. AND*
        *REASON FOR HOPE, INC.*

## CERTIFICATE OF COMPLIANCE

9th Cir. Case Number No. 22-1718

I am the attorney or self-represented party.

This brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the document contains  6973 words.  I further certify that this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because the brief has been prepared in Times New Roman 14-point font for text and footnotes using Microsoft Word.

I certify that this brief is an amicus brief and complies with the word limit of Fed. R. App. P. 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

Dated: February 15, 2023          Respectfully submitted,

SUSMAN GODFREY L.L.P.

By:   /s/ *Erica W. Harris*
Erica W. Harris
eharris@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666

*COUNSEL FOR AMICUS CURIAE*
*VETERAN MENTAL HEALTH*
*LEADERSHIP COALITION, INC. AND*
*REASON FOR HOPE, INC.*

34