| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAR 26 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

Doctor SUNIL AGGARWAL, MD, PhD, FAAPMR, FAAHPM,

    Petitioner,

  v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,

    Respondent,

----------------------------------------

END OF LIFE WASHINGTON, et al.;

    Amici Curiae.

No. 22-1718

Drug Enforcement Agency

ORDER

Before: IKUTA, BADE, and BRESS, Circuit Judges.

Petitioner's unopposed motion (Dkt. 88) for permission to file a skeletal motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, is GRANTED.

Petitioner's motion shall be filed on or before April 10, 2024, and further briefing will be stayed. The parties shall file a status report on the negotiations every thirty days. If settlement negotiations are unsuccessful, the parties shall promptly inform the court. The court will determine a briefing schedule, and will allow Petitioner to supplement his motion for attorneys' fees and costs pursuant to the EAJA.