No. 22-1718

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

ADVANCED INTEGRATIVE MEDICAL SCIENCE INSTITUTE, *et al.*,

*Petitioners,*

*v.*

U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*,

*Respondents.*

## AFFIDAVIT OF DR. SUNIL AGGARWAL IN SUPPORT OF PETITIONERS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 2412

Kathryn L. Tucker
National Psychedelics Association
453 Manor Place, Suite 2
Washington, D.C. 20010
Phone: 206.595.0097
kathryn@yournpa.org

Matthew C. Zorn
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: 713.632.8000
mzorn@yettercoleman.com

Shane Pennington
Porter Wright Morris & Arthur LLP
2020 K Street, NW, Suite 600
Washington, D.C. 20006
Phone: 202.778.3005
spennington@porterwright.com

James F. Williams
Andrew J. Kline
Thomas J. Tobin
Holly Martinez
Caleb Bacos
Mason Y. Ji
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000
jwilliams@perkinscoie.com
akline@perkinscoie.com
ttobin@perkinscoie.com
hmartinez@perkinscoie.com
cbacos@perkinscoie.com
mji@perkinscoie.com

*Attorneys for Petitioners*

-2-

1. I am Sunil Aggarwal, MD, PhD, the co-founder and co-director of the Advanced Integrative Medical Science ("AIMS") Institute. The AIMS Institute is a petitioner in this above-captioned matter.

2. I understand my attorneys are seeking attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA").

3. I submit this affidavit in support of the attorneys' fee petition.

4. I attest that, at the time the action was filed, my net worth as an individual was less than $2 million and that the AIMS Institute has a net worth less than $7 million and employs fewer than 500 employees.

5. I declare under penalty of perjury that the foregoing is true and correct.

[Signature Page Follows]

-3-

Signed this __ day of _____, 2024
February 15, 2024

DocuSigned by:
*Dr. Sunil Aggarwal*
43AFA31B8F6B41C...

Sunil Aggarwal, MD, PhD