No. 22-1718

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

ADVANCED INTEGRATIVE MEDICAL SCIENCE INSTITUTE, *et al.*,

*Petitioners,*

*v.*

U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*,

*Respondents.*

## DECLARATION OF THOMAS J. TOBIN IN SUPPORT OF PETITIONERS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 2412

Kathryn L. Tucker
National Psychedelics Association
453 Manor Place, Suite 2
Washington, D.C. 20010
Phone: 206.595.0097
kathryn@yournpa.org

Matthew C. Zorn
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: 713.632.8000
mzorn@yettercoleman.com

Shane Pennington
Porter Wright Morris & Arthur LLP
2020 K Street, NW, Suite 600
Washington, D.C. 20006
Phone: 202.778.3005
spennington@porterwright.com

James F. Williams
Andrew J. Kline
Thomas J. Tobin
Holly Martinez
Caleb Bacos
Mason Y. Ji
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000
jwilliams@perkinscoie.com
akline@perkinscoie.com
ttobin@perkinscoie.com
hmartinez@perkinscoie.com
cbacos@perkinscoie.com
mji@perkinscoie.com

*Attorneys for Petitioners*

I, Thomas J. Tobin, hereby declare as follows:

1. I am attorney at Perkins Coie LLP and am one of the counsel for Petitioners Advanced Integrative Medical Science Institute and Sunil Aggarwal, MD, PhD, ("Petitioners") in the above-captioned matter.

2. I make this declaration in support of Petitioner's request for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

3. Petitioners are engaged in settlement discussions with the government regarding the amount of attorneys' fees to be awarded under the EAJA.

4. Pursuant to these settlement discussions, the Court entered an Order on March 26, 2024 permitting Petitioners to file a "skeletal" EAJA petition. Order (Dkt. No. 89). The Parties agree that Petitioners will supplement this motion within 30 days of either Petitioners or Respondent notifying the Court that the parties are unable to settle the fees issue, or Petitioners will withdraw this motion if settlement is reached.

5. I have reviewed the time entries provided to me by my colleagues at Perkins Coie LLP and co-counsel from outside Perkins Coie in this matter. Following this review, and upon information and belief, it is my understanding that this request is legally justified and reasonable, especially given the complex nature of this action. A more detailed review and itemization of tasks performed by each of these legal professionals will be submitted in the event the motion is supplemented.

1

I make this declaration under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of April 2024.

<u>*/s/ Thomas J. Tobin*</u><br>
Thomas J. Tobin