AO 291.     **Application for Fees and Other Expenses Under the Equal Access to Justice Act.**     (10/81)

## APPLICATION
### FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**1. COURT**
- A. ☐ SUPREME COURT
- B. ☐ CUSTOMS AND PATENT APPEALS
- C. ☐ COURT OF CLAIMS
- D. ☐ COURT OF INTERNATIONAL TRADE
- E. ☒ COURT OF APPEALS
- F. ☐ DISTRICT COURT
- G. ☐ BANKRUPTCY COURT

**2. DATE FILED:** 4/10/2024

**3. DOCKET NO.:** 22-01718

**4. NAME OF APPLICANT** (one per form): Sunil Aggarwal; AIMS Institute

**5. GOVERNMENT AGENCY INVOLVED IN CLAIM** (use agency code on reverse side): DEA

**6. NATURE OF APPLICATION**
- A. ☒ Original application under 28 USC § 2412 (d) (1) (A) after judgment in civil action against U.S.
- B. ☐ Appeal of fees and expenses awarded by Lower Court, **(If Item 6B is checked, go to Item 7)**
- C. ☐ Original application under 28 USC § 2412 (d) (3) after review of agency decision.
- D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 USC § 504 (c) (2).

**7. APPEAL FROM:**
- ☐ DISTRICT COURT
- ☐ BANKRUPTCY COURT
- ☒ OTHER: Original review of agency decision

**7A. DATE FILED IN LOWER COURT:** n/a

**7B. DOCKET NO.:** n/a

**8. ADMINISTRATIVE AGENCY DOCKET NO.:** n/a

**9. DATE FILED IN ADMINSTRATIVE AGENCY:** n/a

**10. SHOWING OF PREVAILING PARTY STATUS (28 USC §2412(d)(1)(B)):** See attached memorandum

**IS NET WORTH INFORMATION ATTACHED?** ☒ YES   ☐ NO

**12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 USC §2412(d)(1)(B)):** See attached memorandum

**13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INFORMATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 USC §2412 (d)(2)(A)):**

AMOUNT CLAIMED

- A. ATTORNEY FEES........................................................................... $ 245,350.84
- B. STUDY............................................................................................. $
- C. ANALYSIS....................................................................................... $
- D. ENGINEERING REPORT............................................................... $
- E. TEST............................................................................................... $
- F. PROJECT....................................................................................... $
- G. EXPERT WITNESS FEES............................................................. $
- H. OTHER FEES AND EXPENSES--SPECIFY
  - (1) _____ $
  - (2) _____ $
  - (3) _____ $

I. TOTAL FEES AND EXPENSES..................................................... $ 245,350.84

**14. SIGNATURE:** /s/ Thomas J. Tobin

**15. DATE:** 4/10/2024

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT

## ADMINSTRATIVE AGENCY CODES

Use the following abbreviation for the U.S. Government Agency involved in claim in item 5.

| Agency | Code |
|---|---|
| Benefits Review Board | BRE |
| Civil Aeronautics Board | CAB |
| Civil Service Commission (U.S.) | CSC |
| Consumer Products Saftey Commission | CPSC |
| Copyright Royalty Tribunal | CRT |
| Department of Agriculture | AGRI |
| Department of Commerce | COMM |
| Department of Defense | DOD |
| Department of Education | EDUC |
| Department of Energy | DOE |
| Department of Health, Education, & Welfare | HEW |
| Department of Health & Human Services | HHS |
| Department of Housing & Urban Development | HUD |
| Deapartment of the Interior | DOI |
| Department of Justice | DOJ |
| Department of Labor (Except OSHA) | LABR |
| Department of Transportation, National Transportation Saftey Board | TRAN |
| Department of the Treasury (Except IRS) | TREA |
| Drug Enforcement Agency | DEA |
| Environmental Protection Agency | EPA |
| Equal Employment Opportunity Commissiom | EEOC |
| Federal Aviation Agency | FAA |
| Federal Coal Mine Saftey Board | FCMS |
| Federal Communications Commisssion | FCC |
| Federal Deposit Insurance Corporation | FDIC |
| Federal Election Commission | FEC |
| Federal Energy Agency | FEA |
| Federal Energy Regulatory Commission | FERC |
| Federal Home Loan Bank Board | FHLB |
| Federal Labor Relations Authority | FLRA |
| Federal Marritime Board | FMBD |
| Federal Marritime Commission | FMC |
| Federal Mine Safety &Health Administration | MSMA |
| Federal Mine Safety & Health Review Commission | MSHR |
| Federal Reserve System | FRS |
| Federal Trade Commission | FTC |
| Food & Drug Administration | FDA |
| General Services Adminstration | GSA |
| Immigration & Naturalization Service | INS |
| Internal Revenue Service (Except Tax Court) | IRS |
| Interstate Commerce Commission | ICC |
| Merit Systems Protection Board | MSPB |
| National Labor Relations Board | NLRB |
| Nuclear Regulatory Commission | NRC |
| Occupational Safety & Health Administration | OSHA |
| Occupational Safety & Health Review Commission | OSHC |
| Office of Management & Budget | OMB |
| Office of Personnel Management | OPM |
| Office of Workers Compensation Program | OWCP |
| Patent Office | PATO |
| Postal Rate Commission (U.S.) | PRC |
| Postal Service(U.S.) | USPS |
| RR Retirement Board | RRRB |
| Securities & Exchange Commission | SEC |
| Small Business Administration | SBA |
| Tax Court, Internal Revenue Service | TXC |