UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Doctor SUNIL AGGARWAL, MD, PhD, FAAPMR, FAAHPM,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,<br><br>Respondent,<br><br>----------------------------------------<br><br>END OF LIFE WASHINGTON, et al.;<br><br>Amici Curiae. | No. 22-1718<br><br>Drug Enforcement Agency<br><br>ORDER |

Before: IKUTA, BADE, and BRESS, Circuit Judges.

Pursuant to the agreement of the parties, this case is referred to the Circuit Mediation Office.

The Circuit Mediator shall contact the parties to schedule mediation and provide a status report to the panel within sixty (60) days following this order. The parties shall file a joint status report every ninety (90) days after mediation begins. Within ten (10) days after mediation is completed, the parties shall file a status report. If mediation is unsuccessful, the case will be returned to the panel.