# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SUNIL AGGARWAL, et al.,
    *Petitioners,*

    *v.*

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION, et al.,
    *Respondents.*

No. 22-1718

## JOINT STATUS REPORT CONCERNING MEDIATION
## FOR NEGOTIATION OF EAJA FEES

Pursuant to this Court's order of May 24, 2024, Petitioners and Respondents respectfully submit this joint status report regarding the mediation process related to Petitioners' request for fees under the Equal Access to Justice Act, 28 U.S.C. § 4212. The parties entered into a settlement agreement on January 17, 2025 regarding attorneys' fees, and petitioners are awaiting the government's completion of the payment process. The parties will promptly inform the Court once the payment has been received.

[Signature Page Follows]

Respectfully submitted,

*/s/ Thomas J. Tobin*
James F. Williams
Andrew J. Kline
Thomas J. Tobin
Holly Martinez
Caleb Bacos
Mason Ji
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
jwilliams@perkinscoie.com
akline@perkinscoie.com
ttobin@perkinscoie.com
hmartinez@perkinscoie.com
cbacos@perkinscoie.com
mji@perkinscoie.com

Kathryn L. Tucker
National Psychedelics Association
453 Manor Place, Suite 2
Washington, D.C. 20010
Phone: 206.595.0097
kathryn@yournpa.org

Matthew C. Zorn
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: 713.632.8000
mzorn@yettercoleman.com

Shane Pennington
Porter Wright Morris & Arthur LLP
2020 K Street, NW, Suite 600
Washington, D.C. 20006
Phone: 202.778.3005
spennington@porterwright.com

*Counsel for Petitioners*

*/s/ Catherine Padhi*
CATHERINE PADHI
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave NW, Room 7712
Washington, D.C. 20530
(202) 514-5091
catherine.m.padhi@usdoj.gov

*Counsel for Respondents*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Catherine Padhi*
Catherine Padhi