No. 22-1718

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DR. SUNIL AGGARWAL, MD, PHD; ADVANCED INTEGRATIVE MEDICAL SCIENCE INSTITUTE, PLLC

*Petitioners,*

*v.*

U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*,

*Respondents.*

## JOINT NOTICE OF SETTLEMENT REGARDING ATTORNEYS' FEES

Kathryn L. Tucker
National Psychedelics Association
453 Manor Place, Suite 2
Washington, D.C. 20010
Phone: 206.595.0097
kathryn@yournpa.org

Matthew C. Zorn
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: 713.632.8000
mzorn@yettercoleman.com

Shane Pennington
Porter Wright Morris & Arthur LLP
2020 K Street, NW, Suite 600
Washington, D.C. 20006
Phone: 202.778.3005
spennington@porterwright.com

James F. Williams
Andrew J. Kline
Thomas J. Tobin
Holly Martinez
Caleb Bacos
Mason Y. Ji
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000
jwilliams@perkinscoie.com
akline@perkinscoie.com
ttobin@perkinscoie.com
hmartinez@perkinscoie.com
cbacos@perkinscoie.com
mji@perkinscoie.com

*Attorneys for Petitioners*

## JOINT NOTICE OF SETTLEMENT REGARDING ATTORNEYS' FEES

Petitioners Dr. Sunil Aggarwal, MD, PhD, and Advanced Integrate Medical Science Institute, PLLC ("Petitioners") hereby submit this joint notice of settlement regarding attorneys' fees. Counsel for the Government has consented to this filing.

As noted in the parties' Joint Status Report Concerning Mediation for Negotiation of EAJA Fees (the "Status Report"), Petitioners and the Government have reached a settlement regarding attorneys' fees in this matter under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. No. 99. In the Status Report, the parties noted they would promptly inform the Court once the payment has been received.

With this Notice, the parties note Petitioners have received the amounts owed pursuant to this settlement, and performance of the settlement agreement is now complete.

[Signature Page Follows]

Date: March 4, 2024

| | |
|---|---|
| Kathryn L. Tucker<br>National Psychedelics Association<br>453 Manor Place, Suite 2<br>Washington, D.C. 20010<br>kathryn@yournpa.org<br><br>Matthew C. Zorn<br>Yetter Coleman LLP<br>811 Main Street, Suite 4100<br>Houston, Texas 77002<br>Phone: 713.632.8000<br>mzorn@yettercoleman.com<br><br>Shane Pennington<br>Porter Wright Morris & Arthur LLP<br>2020 K Street, NW, Suite 600<br>Washington, D.C. 20006<br>Phone: 202.778.3005<br>spennington@porterwright.com | */s/ Thomas J. Tobin*<br>James F. Williams<br>Andrew J. Kline<br>Thomas J. Tobin<br>Holly Martinez<br>Caleb Bacos<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: 206.359.8000<br>Fax: 206.359.9000<br>jwilliams@perkinscoie.com<br>akline@perkinscoie.com<br>ttobin@perkinscoie.com<br>hmartinez@perkinscoie.com<br>cbacos@perkinscoie.com<br><br>*Attorneys for Petitioners* |

Thomas Pulham

*/s/ Catherine Padhi*
Catherine Padhi
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave NW, Room 7712
Washington, D.C. 20530
(202) 514-5091
catherine.m.padhi@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I caused to be filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

**Perkins Coie LLP**

<u>/s/ Thomas J. Tobin</u>
Thomas J. Tobin
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000
ttobin@perkinscoie.com

*Attorney for Petitioners*