UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Doctor SUNIL AGGARWAL, MD, PhD, FAAPMR, FAAHPM,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,<br><br>        Respondent,<br><br>---------------------------------------<br><br>END OF LIFE WASHINGTON, et al.;<br><br>        Amici Curiae. | No. 22-1718<br><br>Agency No. Drug Enforcement Agency<br><br>ORDER |

Before: IKUTA, BADE, and BRESS, Circuit Judges.

The court is informed that the parties have settled petitioners' claim for attorneys' fees, and payment has been received (see Docket Entry No. 100). Accordingly, the court will take no further action on Petitioners' Motion for Attorneys' Fees (Docket Entry No. 90).